# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**CRAIG RAY MCGUIRE,**
    Petitioner,

v.

**Case No. 4:22-cv-161-CLM-SGC**

**PATRICE RICHIE JONES, et al.,**
    Respondents.

## MEMORANDUM OPINION

The magistrate judge has entered a report recommending that the court dismiss with prejudice the claims presented in Petitioner Craig Ray McGuire's § 2254 habeas petition as time-barred and procedurally defaulted. (Doc. 11). The magistrate judge also recommends denial of a certificate of appealability. (*Id.* at 8). McGuire has filed objections and supplemental objections, both of which the court has considered. (Docs. 12, 13).

McGuire's objections mainly repeat the arguments he offered in response to the magistrate judge's order to show cause. (*See* Doc. 10). As the magistrate judge noted in the report and recommendation, these arguments, which primarily focus on the merits of McGuire's claims, do not salvage McGuire's claims from being untimely and procedurally defaulted. (*See* Doc. 11 at 6–7).

After considering the record, the court **OVERRULES** McGuire's objections (docs. 12, 13), **ADOPTS** the magistrate judge's report, and **ACCEPTS** the recommendation (doc. 11). Consistent with that recommendation, the court will deny and dismiss as time-barred and procedurally defaulted the claims in McGuire's § 2254 petition. The court will also deny a certificate of appealability.

The court will enter a separate final judgment that closes this case.

**Done** on December 21, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE